**9**

Leon FOX v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. February 2, 1925.) No. 4088. In Error to the District Court of the United States for the Eastern District of Kentucky; Andrew M. J. Cochran, Judge. Jos. M. Spears, of Catlettsburg, Ky., and E. B. Hager and J. B. Adamson, of Ash-

land, Ky., for plaintiff in error. Sawyer A. Smith, U. S. Atty., of Covington, Ky.

PER CURIAM. Judgment of the District Court affirmed.